

**U.S. Department of Justice**

**Tax Division**

*Please reply to:* *Appellate Section*
*P.O. Box 502*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-8456*
*Telephone No. (202) 514-3361*

JCAvetta
5-25045
CMN 2022100872

May 11, 2023

Patricia S. Dodszuweit, Esquire
Clerk, U.S. Court of Appeals, Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Jennifer Zuch v. Commissioner of Internal Revenue*
(3d Cir. – 22-2244)

Dear Ms. Dodszuweit:

This case was argued on April 26, 2023 before Judges Jordan, Krause, and Bibas. At argument (Tr. 53), Judge Bibas requested that counsel for the Commissioner submit a letter identifying the provisions of the Internal Revenue Code that provide the Tax Court with jurisdiction to enter declaratory judgments. There are five such provisions, which are:

1. I.R.C. § 7428, Declaratory Judgments Relating to Status and Classification of Organizations Under Section 501(c)(3), Etc.
2. I.R.C. § 7476, Declaratory Judgments Relating to Qualification of Certain Retirement Plans
3. I.R.C. § 7477, Declaratory Judgments Relating to Value of Certain Gifts
4. I.R.C. § 7478, Declaratory Judgments Relating to Status of Certain Governmental Obligations
5. I.R.C. § 7479, Declaratory Judgments Relating to Eligibility of Estate with Respect to Installment Payments under Section 6166

Petitions to the Tax Court seeking declaratory judgments under these provisions must be designated with particularity and are governed by special pleading requirements. *See* Tax Court Rule 211.

"The Tax Court is a court of limited jurisdiction possessing only such jurisdiction as is expressly conferred by Congress." *Sunoco Inc. v. Commissioner*, 663 F.3d 181, 187 (3d Cir. 2011). Congress expressly granted the Tax Court jurisdiction to enter declaratory judgments under these provisions alone. In all other circumstances, the Tax Court has no power to enter a declaratory judgment "with respect to Federal taxes." 28 U.S.C. § 2201. *See Bob Jones Univ. v. Simon*, 416 U.S. 725, 732 n.7 (1974).

Please distribute this letter to the panel members. This case is assigned to the undersigned attorney, who can be reached at 202-616-2743.

Sincerely yours,

/s/ Julie Ciamporcero Avetta
JULIE CIAMPORCERO AVETTA
Attorney
Appellate Section

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ JULIE CIAMPORCERO AVETTA
JULIE CIAMPORCERO AVETTA
Attorney