*ADDENDUM to Brief of Amicus Curiae, the Tax Litigation Clinic of the Legal Services Center for Harvard Law School, filed July 12, 2023*

*(Addendum Electronically filed via CM/ECF July 13, 2023)*

# CORRECTED TABLE OF AUTHORITIES

**CASES**

*Ahmed v. v. Comm'r,* 64 Fth 477 (3rd Cir. 2023)……………………………….4 n.4

*Barry v. Comm'r*, 1 B.T.A. 156, 156 (1924)…………………………………...10

*Boechler, P.C. v. Comm'r,* 142 S.Ct. 1493 (2022)…………………………….12

*Churchill v. Comm'r,* T.C. Memo 2011-182…………………………………...11

*Estate of Di Rezza v. Comm'r*, 78 T.C. 19 (1982)…………………………….2

*Exxon Mobil Corp. v. Comm'r*, 689 F.3d 191(2nd Cir. 2012)………………..8

*Francel v. Comm'r*, T.C. Memo 2019-35……………………………………….9

*Giamelli v. Comm'r*, 129 T.C. 107 (2007)…………………………………….24

*Greene-Thapedi v. Comm'r*, 126 T.C. 1 (2006)……………………………...4,5,6,7

*Hallmark Research Collective v. Comm'r*, 159 T.C. No. 6 (2022)……………….22

*Hoyle v. Comm'r*, 131 T.C. 197 (2008)…………………………………………19, 24

*Laing v. United States*, 423 U.S. 161 (1976)………………………………….2

*Luque v. Comm'r*, T.C. Memo 2016-128………………………………………15

*Jones v. Liberty Glass Company,* 332 U.S. 524 (1947)……………………….7

*Katz v. Comm'r*, 115 T.C. 329 (2000)…………………………………………..8

*Mclane v. Comm'r*, 24 F 4th 216 (4th Cir. 2022)……………………………...4 n.4

*Montgomery v. Comm'r,* 122 T.C. 1 (2004)……………………………………..3

*Polselli v. I.R.S.*, 598 U.S. _, 142 S. Ct. 1231 (2023)…………………………25, 26

*Robinson v. Comm'r*, 2023 U.S. App. LEXIS 13522 (June 1, 2023)……………..22

*Sebelius v. Auburn Reg'l Med. Ctr.,* 133 S.Ct. 817……………………………….12

*Sunoco Inc v. C.I.R.,* 663 F.3.d. 181 (3rd Cir., 2011)……………………………..16

*Taylor v. Sturgell,* 553 U.S. 880 (2008)…………………………………………..20

*Techerpenin v. Knight*, 389 U.S. 332 (1967)……………………………………….7

*Tipton v. Atchinson T.&S.F.Ry. Co.*, 298 U.S. 141 (1936)………………………..17

*United States v. Dalm*, 494 U.S. 596 (1990)……………………………………...16

*United States v. Erie Forge Co.,* 191 F.2d 627 (3rd Cir. 1951)…………………….2

*U.S. v. Kales*, 314 U.S. 186 (1941)………………………………………………..21

*Vest v. Comm'r*, T.C. Summ.Op. 2018-18………………………………………..15

*Vigon v. Comm'r*, 149 T.C. 97 (2017)…………………………………….....3,6,22

*Washington v. Comm'r*, 120 T.C. 137 (2003)……………………………………..9

*Williams v. Comm'r*, 92 T.C. 920 (1989)…………………………………………11

*Winn-Dixie Stores Inc. v. C.I.R.,* 110 T.C. 291 (1998)……………………………15

*Winter v. Comm'r*, 135 T.C. 238, 244 (2010)…………………………………….13

*Wright v. C.I.R.*, 571 F.3d 215 (2009)……………………………………………..8

*Zapara v. Comm'r*, 652 F.3d 1042 (9th Cir. 2011)………………………………11

**STATUTES**

26 U.S.C:

§6015……………………………………………………………………………9

§6211………………………………………………………………………1,2,3

§6211(a)……………………………………………………………………..1

§6211(b)(1)…………………………………………………………………..1

§6212……………………………………………………………………….1.3

§6212(a)……………………………………………………………………..1

§6213………………………………………………………………………...2

§6213(a)…………………………………………………………………...2,12,13

§6213(b)(1)………………………………………………………………...12,13

§6213(g)……………………………………………………………………13

§6330…………………………………………………………………….*passim*

§6330(c)(1)……………………………………………………18,19,23,24,25

§6330(c)(2)(A)……………………………………………………..6,9,11,23,25

§6330(c)(2)(B)…………………………………………………………..*passim*

§6330(c)(3)………………………………………………………………...19,25

§6330(d)(1)……………………………………………………………..5,11,12,24

§6330(f)…………………………………………………………………….11

§6401(a)……………………………………………………………………..7

§6402(a)……………………………………………………………….14,15,17,21

§6402(g)……………………………………………………………..14,15,16

§6512(b)(1)……………………………………………………………….9,12

§6512(b)(2)…………………………………………………………………..9

§6512(b)(4)…………………………………………………14,15,16,17

§6651(a)…………………………………………………………………..2

§6665(b)…………………………………………………………………..2

§7422(a)……………………………………………………………………21

§7422(d)……………………………………………………………………14

§7609(a)(1))…………………………………………………………..25

§7609(c)(2)(D)(i)……………………………………………………25,26

28 U.S.C. §1346(a)(1)…………………………………………………….20

The Revenue Act of 1924, 68 P.L. 176, 43 Stat. 253, 68 Cong. Ch.234…………10

The Revenue Act of 1926, 69 P.L. 20, 44 Stat. 9, 69 Cong. Ch. 27………………10

## OTHER AUTHORITIES

Internal Revenue Manual, I.R.M. 25.5.4.4.1 (10-1-2020)……………………..12,13

Treas. Reg. §301.6211-1(a)……………………………………………………...1